IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 00-cv-02285-JLK-CBS

GREGORY A. STROCK,

    Plaintiff,

v.

USA CYCLING, INC.,
UNITED STATES CYCLING FEDERATION, INC., and
RENE WENZEL,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    After considering the Parties' briefs and the argument of counsel during the hearing on November 7, 2006, the following will summarize the Court's rulings on the matters discussed.

    IT IS HEREBY ORDERED that Plaintiff's Motion to Enforce or Finalize the Resolution (*doc. no. 153*) and Defendant Wenzel's Unopposed Motion for Leave to Appear Through Counsel (*doc. no. 158*) are **DENIED** as moot.

    IT IS FURTHER ORDERED that parties are to modify the settlement documents so they conform to the discussion held before the court. Upon modification of the documents, parties are directed to file a stipulated motion to dismiss no later than **November 13, 2006**.

**DATED:**    November 7, 2006