IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-2285-JLK**

**GREGORY A. STROCK,**

    Plaintiff,

v.

**USA CYCLING, INC., UNITED STATES CYCLING FEDERATION, INC., and RENE WENZEL,**

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

The Stipulated Motion to Dismiss (doc. #162), filed November 13, 2006, is GRANTED.  It is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 14th day of November, 2006.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT